**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                                              **Case No. 1:16-cr-10015**

**BRANDON JAMERSON**                                              **DEFENDANT**

**O R D E R**

The Defendant was sentenced to 100 months imprisonment on March 22, 2018.  ECF No. 26.  On August 25, 2023, he was released to a term of three years supervised release.  On April 15, 2024, a Petition was filed alleging violations of the conditions of supervised release.  ECF No. 55. The Defendant was arrested and appeared for an initial appearance on June 26, 2024 (ECF No. 60).  Defendant was detained pending further proceedings.  ECF No. 66.

On July 1, 2024, Defendant, through Counsel, filed his Motion to Reconsider the Order of Detention.  ECF No. 69.  The Motion to Reconsider was referred to the undersigned.   ECF No. 70.  On July 11, the Court held a hearing to consider the Motion.  ECF No. 73.  Upon review of the allegations in the Petition, it appears the Defendant suffers from a substance abuse addiction. The parties presented  an agreed set of conditions to allow the Defendant to be released pending further proceedings.  Upon review of the agreed set of conditions, the Court finds these conditions of release will assure the Defendant is neither a danger to the Community nor a risk of non-appearance.  Accordingly, the Court **GRANTS** the Motion to Reconsider (ECF No. 69) and **ORDERS** Defendant be released on the following conditions:

1.  Defendant shall remain subject to all existing conditions of supervised release.  **The Defendant is Ordered released on July 15, 2024, to New Beginnings, a residential substance abuse treatment facility in Warren, Arkansas**.  The Defendant will enroll in the treatment

program there immediately upon his release from custody.  The Defendant shall provide his own transportation from his place of incarceration to the New Beginnings facility.

2.  Defendant shall comply with all the conditions of residents of New Beginnings.  These conditions will be considered conditions of pre-hearing release and violation of them may result in Defendants arrest.

3.  Upon being dismissed from New Beginnings, for any reason, the Defendant shall immediately notify his supervising United States Probation Officer.

4.  Upon successful completion of the residential treatment program at New Beginnings, the Defendant shall return to supervised release, subject to all previously imposed conditions, to await his final hearing.

5.  The Court will set a review hearing immediately upon Defendant's completion of the residential treatment program at New Beginnings to consider if any additional conditions of pre-hearing release should be imposed pending a final resolution of this case.  The United States Probation Officer shall notify the Court of Defendants prospective completion date.

Defendant is warned that any violation of the conditions above shall result in a warrant being issued for his arrest.  Defendant Jamerson, in such an instance, would not be released again prior to his final hearing.

**SIGNED** this **15th day of July 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE

2